**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**JUUL LABS, INC.,**

      **Plaintiff,**      1:20-cv-1453
                  (GLS/DJS)

    v.

**GTB FUEL 2 CORP,**

      **Defendant.**

**APPEARANCES:**      **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Rath, Young & Pignatelli    ROBERT T. PARKER, ESQ.
120 Water Street - 2nd Floor
Boston, MA 03301-2109

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

  The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Daniel J. Stewart, duly filed June 28, 2022. (Dkt. No. 21.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

  No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

  **ORDERED** that the Report-Recommendation and Order (Dkt. No. 21) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff is awarded $60,000.00 in statutory damages; and it is further

**ORDERED** that the Clerk shall enter judgment in favor of plaintiff and close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

July 15, 2022
Albany, New York

*Gary L. Sharpe*
Gary D. Sharpe
U.S. District Judge